# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: WILLIAM GIBBS (J)#  CASE NO: 14-6141-VALLE

AUSA: ~~Larry Bardfeld~~ Scott Benke  ATTY: Alan Kaufman–cja *present*

AGENT: _____  VIOL: _____

PROCEEDING: PTD HEARING  RECOMMENDED BOND: _____

BOND HEARING HELD - yes / **no**  COUNSEL APPOINTED: _____

BOND SET @: $250,000  To be cosigned by: _____

CSB w/ Nebbia

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*No bond hrg held. Both sides stip. to a $250,000 CSB w/ Nebbia, reserving right to a PTD hrg at a later date*

NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN.: 5-23-14  1:00pm  SNOW
STATUS CONFERENCE: _____

DATE: 5-15-14  TIME: 11:00am  DAR 11:10:26  Begin: _____  End: _____ (4)

5 min