UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-mj-06141-AOV

UNITED STATES OF AMERICA

vs.

JEREMY HOBSON and
WILLIAM GIBBS,

        Defendants.

_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, Assistant United States Attorney, Marc S. Anton, is no longer counsel of record for the United States in this matter.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    By:   /s/ Scott H. Behnke
    Scott H. Behnke
    Assistant United States Attorney
    Court No. A5500005
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33394
    Tel: (954) 660-5998
    Fax: (954) 356-7336

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
UNITED STATES OF AMERICA vs. JEREMY HOBSON et al.
CASE No. <u>14-mj-06141-AOV</u>

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 19, 2014, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

   <u>s/ Scott H. Behnke</u>
AUSA Scott H. Behnke

2