

May 22, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

14-60118-CR-DIMITROULEAS/SNOW

CASE NO. _____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

JEREMY ALAN HOBSON and
WILLIAM EARL GIBBS,

               Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about May 6, 2014, and continuing to on or about May 8, 2014, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JEREMY ALAN HOBSON and
WILLIAM EARL GIBBS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendant **JEREMY ALAN HOBSON**, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of the other conspirators reasonably foreseeable to him, is fifty (50) grams or more of a mixture and substance

1

containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to defendant **WILLIAM EARL GIBBS**, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of the other conspirators reasonably foreseeable to him, is fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 2

On or about May 8, 2014, in Broward County, in the Southern District of Florida, the defendants,

**JEREMY ALAN HOBSON and
WILLIAM EARL GIBBS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

A TRUE BILL

_____
FOREPERSON

*Thomas J. Mulvihill for*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

CERTIFICATE OF TRIAL ATTORNEY*

JEREMY ALAN HOBSON and
WILLIAM EARL GIBBS,

        Defendants.
_____/ Superseding Case Information:

**Court Division**: (Select One)

Miami ___   Key West ___
FTL _X_   WPB ___   FTP ___

New Defendant(s) ___ Yes ___ No
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
List language and/or dialect   _____

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I     0 to 5 days    _X_           Petty      ___
   II    6 to 10 days   ___           Minor      ___
   III   11 to 20 days  ___           Misdem.    ___
   IV    21 to 60 days  ___           Felony     _X_
   V     61 days and over ___

6. Has this case been previously filed in this District Court?   ___   (Yes or No)
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   _YES_   (Yes or No)
If yes:
Magistrate Case No.   14-6141-VALLE
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   HOBSON and GIBBS – 05/08/14;
Defendant(s) in state custody as of _____
Rule 20 from the District of _____

Is this a potential death penalty case?   _No_   (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___Yes   _X_ No

/s/ Scott H. Behnke
_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court A5500005

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JEREMY ALAN HOBSON            Case No: _____

Count: 1

Conspiracy to Possess with Intent to Distribute at least 50 grams but less than 500 grams of mixture and substance containing a detectable amount of Methamphetamine.

21 U.S.C. §§ 846 and 841(b)(1)(B)(viii)

*Max. Penalty: 5 years' mandatory minimum to 40 years' imprisonment; $5,000,000 fine; and at least 4 years' supervised release.

Count: 2

Possess with Intent to Distribute at least 50 grams but less than 500 grams of a mixture and substance containing a detectable amount of Methamphetamine

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)

*Max. Penalty: 5 years' mandatory minimum to 40 years' imprisonment; $5,000,000 fine; and at least 4 years' supervised release.

Count:

*Max. Penalty:

Count:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: WILLIAM EARL GIBBS          Case No: _____

Count: 1

Conspiracy to Possess with Intent to Distribute at least 50 grams but less than 500 grams of mixture and substance containing a detectable amount of Methamphetamine.

21 U.S.C. §§ 846 and 841(b)(1)(B)(viii)

*Max. Penalty:   5 years' mandatory minimum to 40 years' imprisonment; $5,000,000 fine; and at least 4 years' supervised release.

Count: 2

Possess with Intent to Distribute at least 50 grams but less than 500 grams of a mixture and substance containing a detectable amount of Methamphetamine

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)

*Max. Penalty: 5 years' mandatory minimum to 40 years' imprisonment; $5,000,000 fine; and at least 4 years' supervised release.

Count:

_____

_____

*Max. Penalty:

Count:

_____

_____

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.