## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

Time in Court: 10 min.

CASE NUMBER: 14-60118    DATE: June 25, 2014

COURTROOM CLERK: Karen Carlton    COURT REPORTER: Francine Salopek

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS Jeremy Alan Hobson, William Earl Gibbs

U.S. ATTORNEY: Brent Tantillo Jr, Scott Behnke    DEFT. COUNSEL: Joe Smith

REASON FOR HEARING: Calendar Call

RESULT OF HEARING: Dfts' motion to continue is granted. Court resets the case and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 8/8/14    TIME: 9:00    FOR: Cal Call
MISC: 8/11/14 2 week trial period