# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

Time in Court:      1 min

CASE NUMBER:   14-60118-CR-DIMITROULEAS        DATE:   8/8/2014

COURTROOM CLERK: Donna Johnson        COURT REPORTER: Francine Salopek

PROBATION:                              INTERPRETER:

UNITED STATES OF AMERICA        VS    JEREMY ALAN HOBSON and WILLIAM EARL GIBBS

U.S. ATTORNEY:  Scott Behnke    DEFT. COUNSEL: AFPD Jan Smith and Allen Kaufman, Esq.

REASON FOR HEARING:  Calendar Call

RESULT OF HEARING: Both Defense counsel stated Defendants wished to change their plea; Court proceeded with change of pleas

CASE CONTINUED TO: _____ _____        TIME: _____        FOR: _____

MISC: _____