UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60118-CR-DIMITROULEAS

UNITED STATES OF AMERICA
    Plaintiff,

**NOTICE OF SENTENCING**

vs.

WILLIAM EARL GIBBS

    **Defendant**
_____/

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

    By direction of the **Honorable William P. Dimitrouleas**, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on OCTOBER 21, 2014 @ 1:30 PM for imposition of sentence. On that date, report to:

299 East Broward Boulevard, Ft. Lauderdale, Florida 33301    Courtroom No.: 205B

where sentence will be imposed. You will receive no further notice.

    If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146).

    **IT IS FURTHER ORDERED** that a Presentence Investigation and Report (PSI) to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

    **IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

        STEVEN M. LARIMORE
        COURT ADMINISTRATOR•CLERK OF COURT

        By:  s/Donna Johnson
                      Deputy Clerk

DATE: 8/8/2014

COUNSEL FOR DEFENDANT: Allen Kaufman, Esq.

DEFENDANT: _____

- [X] GUILTY PLEA
- [ ] TRIAL
- [ ] BOND
- [X] FEDERAL CUSTODY
- [ ] STATE CUSTODY
- [ ] U.S.M. CUSTODY

TO COUNTS: 1

OF TOTAL COUNTS: _____

AUSA: Scott Behnke

cc: U.S. Attorney
    U.S. Marshal
    U.S. Probation Office
    Defense Counsel
    Defendant