UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60118-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

WILLIAM GIBBS,

       Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the defendant, WILLIAM GIBBS, by and through his undersigned CJA attorney and files this his Motion to Continue Sentencing and as grounds would state as follows:

1. Sentencing on this matter is scheduled for October 21, 2014.

2. At the time of his arrest, Mr. Gibbs was asked, by BSO detective Gonzalez if he wanted to assist the BSO by making a controlled sale to an attorney who was under investigation and suspected by law enforcement of trafficking in illegal narcotics. Mr. Gibbs agreed to assist.

3. Later that same day, arrangements were made by law enforcement to proceed with the sale of methamphetamine to the attorney. Under the direction of law enforcement, Mr. Gibbs met with and sold methamphetamine to the attorney who was placed under arrest and subsequently charged, in case number 062014CF6416A88810, by the State with trafficking in methamphetamine(a first degree felony); possession of methamphetamine; possession of butanediol and possession of drug paraphernalia.

4. The undersigned has discussed Mr. Gibbs substantial assistance with AUSA Scott Behnke. Mr. Behnke has advised the undersigned that he intends to file a motion for downward departure based on facts set forth in paragraph 3 above.

5. The undersigned has asked Mr. Behnke to please file the 5K motion as sentencing is imminent. Mr. Behnke has advised via email, that he is currently in trial and will address this issue when he gets out of trial. The undersigned does not know when Mr. Behnke's trial will end.

6. Mr. Gibbs is terminally ill and time is of the essence in this matter. He is respectfully requesting that this matter be continued until Mr. Behnke can file his Motion For Downward Departure under Rule 5K1.

7. The undersigned has sent an email to Mr. Behnke asking him if he opposes this motion. Because he is in trial, Mr. Behnke has not had an opportunity to reply.

**WHEREFORE,** the defendant respectfully requests the sentencing in this matter be continued for the reasons stated above.

ALLEN S. KAUFMAN, P.A.
950 S. PINE ISLAND RD.
PLANTATION, FL 33324
(954) 727-8165
FAX (954) 727-8164

By: s/ Allen S. Kaufman
    ALLEN S. KAUFMAN
    FBN 301639

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY: s/ Allen S. Kaufman
    ALLEN S. KAUFMAN